IN THE FEDERAL DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PERRY JARRELL an Individual, | Case No.: 1:23-cv-01719-MC |
| Plaintiff, | DECLARATION OF PAUL JANZEN IN SUPPORT OF MOTION FOR RECUSAL OF JUDGE MICHAEL J. MCSHANE |
| v. | |
| ALLCARE HEALTH, INC., a corporation, | |
| Defendant | |

I, Paul Janzen, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of Oregon and am a partner at the law firm representing the Plaintiff in the above-captioned matter. I submit this declaration in support of the Motion for Recusal of Judge Michael J. McShane. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called as a witness;

2. On November 1, 2024, the Honorable Judge Michael J. McShane, in his personal capacity, filed a formal complaint against Caroline Janzen and me with the Oregon State Bar;

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

3. After we responded to the allegations in Judge McShane's complaint, Judge McShane filed a supplemental response on October 28, 2025, advocating that we should be sanctioned for violations of Oregon Rules of Professional Conduct 1.1, 1.3, and 1.6;

4. In contrast to Judge McShane's handling of procedural matters in cases where we appear before him, other judges in this District have treated similar situations differently. For example, when a motion to quash subpoena duces tecum was filed in *Young v. Shriners Hospitals for Children* (Case No. 3:25-cv-00248), Judge Stacie Beckerman issued an order providing fourteen days to respond. In comparable circumstances, Judge McShane issued a scheduling order providing only three days to respond. The Motion to Quash was filed on November 26, the day before Thanksgiving. The scheduling order issued on December 1, 2025 gave our firm until 5 PM on December 3, 2025 to file our response;

5. Judge McShane's role as both the complainant advocating for our discipline before the Oregon State Bar and as the presiding judge in cases where we represent clients creates an appearance of partiality that would cause a reasonable person to question his impartiality.

**I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this 10th day of December, 2025.


Paul Janzen (Dec 10, 2025 16:26:50 PST)

PAUL JANZEN

DECLARATION OF PAUL JANZEN IN SUPPORT OF MOTION FOR
RECUSAL OF JUDGE MICHAEL J. MCSHANE
PAGE 2 OF 3

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing DECLARATION OF PAUL JANZEN IN SUPPORT OF MOTION FOR RECUSAL OF JUDGE MICHAEL J. MCSHANE on the following:

Sean P. Ray
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
sray@barran.com
Attorney for Defendant

Ashley T. Korkeakoski-Sears
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
asears@barran.com
Attorney for Defendant

On this 10th day of December, 2025 by:

    X     mailing to said individuals a complete and correct copy thereof, contained in a sealed envelope, addressed as set forth above and deposited in the United States mail at Portland, Oregon, with postage thereon prepaid, on said day.

    X     electronic mail at the email address set forth above.

REUTER CORBETT LLP

/s/ Theordore W. Reuter
Theodore W. Reuter, OSB #084529
Email: treuter@reutercorbett.com

DECLARATION OF PAUL JANZEN IN SUPPORT OF MOTION FOR
RECUSAL OF JUDGE MICHAEL J. MCSHANE
PAGE 3 OF 3

REUTER CORBETT LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

# Declaration

Final Audit Report                                                                 2025-12-11

| | |
|---|---|
| Created: | 2025-12-11 |
| By: | Devine Gines (dgines@reutercorbett.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIgyDt8MBPtKXHGr2ISC1DEmTVQqzAt9o |

## "Declaration" History

📄 Document created by Devine Gines (dgines@reutercorbett.com)
2025-12-11 - 0:17:07 AM GMT

✉ Document emailed to Paul Janzen (paul@ruggedlaw.com) for signature
2025-12-11 - 0:17:11 AM GMT

📄 Email viewed by Paul Janzen (paul@ruggedlaw.com)
2025-12-11 - 0:26:36 AM GMT

✍ Document e-signed by Paul Janzen (paul@ruggedlaw.com)
Signature Date: 2025-12-11 - 0:26:50 AM GMT - Time Source: server

✅ Agreement completed.
2025-12-11 - 0:26:50 AM GMT

Adobe Acrobat Sign