IN THE FEDERAL DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PERRY JARRELL an Individual, | Case No.: 1:23-cv-01719-MC |
| Plaintiff, | DECLARATION OF CAROLINE JANZEN IN SUPPORT OF MOTION FOR RECUSAL OF JUDGE MUSTAFA T. KASUBHAI |
| v. | |
| ALLCARE HEALTH, INC., a corporation, | |
| Defendant | |

I, Caroline Janzen, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of Oregon and am a partner at the law firm representing the Plaintiff in the above-captioned matter. I submit this declaration in support of the Motion for Recusal of Judge Mustafa T. Kasubhai. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called as a witness;

2. Judge Kasubhai disclosed confidential settlement communications from a case involving our client to Judge McShane, and those confidential communications were subsequently incorporated into a State Bar complaint filed against me and my partner Paul Janzen;

3. I have reviewed Judge Kasubhai's ruling in *DeMeyer v. St. Charles Health System, Inc.*, Case No. 6:23-cv-00069-MK (D. Or. July 3, 2023), in which the Court denied a motion

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

to dismiss a religious discrimination claim. A true and correct copy of this Findings and Recommendation is attached to the Declaration of Paul Janzen as **Exhibit A**. In that ruling, Judge Kasubhai accepted with minimal scrutiny the plaintiff's allegation that he was a "devout Christian" who "did not believe it was consistent with his faith to take the vaccine." The defendant in that case took no position on whether the plaintiff's accommodation request stemmed from a bona fide religious belief, and the Court did not engage in any detailed analysis of the plaintiff's stated religious beliefs;

4. I have also reviewed Judge Kasubhai's ruling in *Dill v. PeaceHealth*, Case No. 6:23-cv-00720-MTK (D. Or. Dec. 23, 2024), in which the Court granted a motion to dismiss a religious discrimination claim with prejudice. A true and correct copy of this Opinion and Order is attached to the Declaration of Paul Janzen as **Exhibit B**. In that ruling, Judge Kasubhai engaged in a granular dissection of the plaintiff's stated religious beliefs, quoting extensively from the plaintiff's religious exemption request and analyzing the precise wording to conclude that the plaintiff had not alleged a religious belief in conflict with an employment duty. The Court dismissed the complaint with prejudice, finding that amendment would be futile because "Plaintiff cannot rewrite history";

5. The contrast between these two rulings demonstrates a marked shift in how Judge Kasubhai scrutinizes religious exemption claims. In *DeMeyer*, decided in July 2023, the Court accepted a general statement of religious belief at face value. In *Dill*, decided in December 2024, the Court parsed the plaintiff's words with heightened scrutiny to find the religious belief insufficient. This inconsistent application of pleading standards, viewed in conjunction with Judge Kasubhai's disclosure of confidential settlement

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

communications that were used in a Bar complaint against counsel, creates an appearance of bias;

6. On May 20, 2024, Chief Judge Michael J. McShane issued an order during oral argument in *Bowerman v. St. Charles Health System*, Case No. 6:23-cv-01488-MC, directing our law firm to file all future cases individually. Judge McShane stated: "Going forward -- and I'm not saying this as just this case. I'm saying it as the chief judge of the District of Oregon. Every future case will be filed individually, and you'll pay the individual filing fee. . . . So I am ordering your firm, with any new cases or any amendments, to plead them out as individual plaintiffs." A true and correct copy of the relevant hearing transcript is attached to the Declaration of Paul Janzen as **Exhibit C.**

7. Following this order, our firm complied by filing individual lawsuits for clients who received right-to-sue letters. Judge Kasubhai's December 19, 2025 sanctions order in *Pickens et al. v. PeaceHealth*, Case No. 6:23-cv-01718-MTK (Doc. 87), included among the grounds for sanctions the filing of these individual lawsuits, characterizing them as "duplicate lawsuits" filed without proper conferral—the very filings that Chief Judge McShane had ordered our firm to make.

**I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this __21__ day of __January__, 2026.



_____
CAROLINE JANZEN

DECLARATION OF CAROLINE JANZEN IN SUPPORT OF MOTION FOR RECUSAL OF JUDGE MICHAEL J. MCSHANE
PAGE 3 OF 4

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I served a copy of the foregoing DECLARATION OF CAROLINE JANZEN IN SUPPORT OF MOTION FOR RECUSAL OF JUDGE MUSTAFA T. KASUBHAI on the following:

Sean P. Ray
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
sray@barran.com
Attorney for Defendant

Ashley T. Korkeakoski-Sears
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
asears@barran.com
Attorney for Defendant

On this 22nd day of January, 2026 by:

    X    mailing to said individuals a complete and correct copy thereof, contained in a sealed envelope, addressed as set forth above and deposited in the United States mail at Portland, Oregon, with postage thereon prepaid, on said day.

    X    electronic mail at the email address set forth above.

REUTER CORBETT LLP

*/s/ Theordore W. Reuter*
Theodore W. Reuter, OSB #084529
Email: treuter@reutercorbett.com

DECLARATION OF CAROLINE JANZEN IN SUPPORT OF MOTION FOR
RECUSAL OF JUDGE MICHAEL J. MCSHANE
PAGE 4 OF 4

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

# Jarrell Mot. to Recuse Dec. of Caroline Janzen

Final Audit Report        2026-01-22

| | |
|---|---|
| Created: | 2026-01-22 |
| By: | Devine Gines (dgines@reutercorbett.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbs5fnLLMCm2uqhAiGnkPFhiH9UNQSbzj |

## "Jarrell Mot. to Recuse Dec. of Caroline Janzen" History

🗋 Document created by Devine Gines (dgines@reutercorbett.com)
2026-01-22 - 1:10:46 AM GMT

✉ Document emailed to Caroline Janzen (caroline@ruggedlaw.com) for signature
2026-01-22 - 1:10:50 AM GMT

🗋 Email viewed by Caroline Janzen (caroline@ruggedlaw.com)
2026-01-22 - 1:32:27 AM GMT

✍ Document e-signed by Caroline Janzen (caroline@ruggedlaw.com)
Signature Date: 2026-01-22 - 1:33:19 AM GMT - Time Source: server

✅ Agreement completed.
2026-01-22 - 1:33:19 AM GMT

Adobe Acrobat Sign