# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

PERRY JARRELL an Individual,

                    Plaintiff,

          v.

ALLCARE HEALTH, INC., a corporation,

                    Defendants.

Case No.: 1:23-cv-01719-MTK

**MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**

## <u>MOTION</u>

In compliance with LR 7-1, Counsel for Paul and Caroline Janzen certifies that I have made a good faith effort through personal or telephone conferences to resolve this matter and opposing counsel does not oppose this motion. Accordingly, Counsel moves this Court pursuant to LR 83-11(a) for leave to withdraw as counsel of record for Paul and Caroline Janzen in the above-captioned action.

Pursuant to Local Rule 83-11 of the United States District Court for the District of Oregon and the Oregon Rules of Professional Conduct, Troy J. Wood, OSB No. 954583, Theodore W. Reuter, OSB No. 084529, and Jeffrey A. Myers, OSB No. 094561, of Reuter Corbett, LLP; 1915 NE Stucki Ave., Suite 365, Hillsboro, OR 97006 (collectively, "Withdrawing Counsel") respectfully move this Court for an order permitting them to withdraw as counsel of record for Paul Janzen and Caroline Janzen in the above-captioned action.

MOTION TO WITHDRAW
PAGE 1 OF 4

**REUTER CORBETT, LLP**
1915 NE Stucki Ave., Suite 365
Hillsboro, OR 97006
503-874-6166

This motion is supported by the accompanying Declaration of Theodore W. Reuter filed herewith, the records and files in this action, and such oral argument as the Court may permit.

## I. INTRODUCTION

Paul Janzen and Caroline Janzen are currently represented by Troy J. Wood, OSB No. 954583, Theodore W. Reuter, OSB No. 084529, and Jeffrey A. Myers, OSB No. 094561, of Reuter Corbett, LLP; 1915 NE Stucki Ave., Suite 365, Hillsboro, OR 97006. For the reasons set forth in the supporting declaration, good cause exists for Withdrawing Counsel to withdraw from this representation, and withdrawal can be accomplished without material adverse effect on the orderly administration of this case.

## II. GOOD CAUSE EXISTS FOR WITHDRAWAL

Counsel for Paul and Caroline Janzen has filed a declaration in support of their motion stating that good and sufficient cause exists to necessitate withdrawal.

## III. WITHDRAWAL WILL NOT PREJUDICE PAUL AND CAROLINE JANZEN OR THE COURT

There are no hearings currently scheduled. Paul Janzen and Caroline Janzen's last known address and contact information, at which they may be served with all future papers, is:

Paul and Caroline Janzen
4550 SW Hall Boulevard
Beaverton, OR 97005
Tel: 503-874-6166
Email: caroline@ruggedlaw.com
　　　paul@ruggedlaw.com

## IV. NOTICE TO CLIENT

Pursuant to LR 83-11(d), Paul and Caroline Janzen have been notified of Withdrawing Counsel's intent to withdraw.

MOTION TO WITHDRAW
PAGE 2 OF 4

**REUTER CORBETT, LLP**
1915 NE Stucki Ave., Suite 365
Hillsboro, OR 97006
503-874-6166

## V. CONCLUSION

For the foregoing reasons, Withdrawing Counsel respectfully requests that the Court enter an order permitting Troy J. Wood, OSB No. 954583, Theodore W. Reuter, OSB No. 084529, and Jeffrey A. Myers, OSB No. 094561, of Reuter Corbett, LLP; 1915 NE Stucki Ave., Suite 365, Hillsboro, OR 97006to withdraw as counsel of record for Paul and Caroline Janzen in this action.

DATED this 2nd day of June, 2026.

REUTER CORBETT LLP

/s/ *Theodore W. Reuter*
Theodore W. Reuter, OSB 084529
Reuter Corbett LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
treuter@reutercorbett.com

REUTER CORBETT LLP

/s/ *Troy Wood*
Troy Wood , OSB No. 954583
Reuter Corbett, LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
twood@reutercorbett.com

REUTER CORBETT LLP

/s/ *Jeffrey A. Myers*
Jeffrey A. Myers, OSB No. 094561
Reuter Corbett LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
jmyers@reutercorbett.com

REUTER CORBETT, LLP
1915 NE Stucki Ave., Suite 365
Hillsboro, OR 97006
503-874-6166

## CERTIFICATE OF SERVICE

I certify that I caused a true and exact copy of the foregoing Motion to Withdraw to be served by USPS and email on:

Sean P. Ray
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
sray@barran.com
Attorney for Defendant

Ashley T. Korkeakoski-Sears
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
asears@barran.com
Attorney for Defendant

DATED this 2nd day of June, 2026.

REUTER CORBETT LLP

/s/ Theodore W. Reuter
Theodore W. Reuter, OSB 084529
Reuter Corbett LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
treuter@reutercorbett.com

MOTION TO WITHDRAW

REUTER CORBETT LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166