**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| PERRY JARRELL an Individual, | Case No.: 1:23-cv-01719-MTK |
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD** |
| ALLCARE HEALTH, INC., a corporation, | |
| Defendants. | |

I, Theodore W. Reuter, declare as follows:

1.    I am an attorney licensed to practice law in the State of Oregon and am admitted to practice before this Court. I am one of the counsel of record for Paul Janzen and Caroline Janzen in this action. I make this declaration in support of the Motion to Withdraw as Attorneys of Record. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    Our representation in this matter has been limited to the motion to disqualify Judge Kasubai.

3.  Good and sufficient cause exists for the motion to withdraw from this representation filed herewith.

4.  The reasons that permit my withdrawal apply equally to Troy Wood and Jeff Myers as well as my firm Reuter Corbett, LLP.

DECLARATION OF COUNSEL IN SUPPORT OF MOTION
TO WITHDRAW AS ATTORNEYS OF RECORD
PAGE 1 OF 3

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

5.    Paul Janzen and Caroline Janzen's current address, telephone number, and email address for purposes of service of all future papers are as follows:

Paul and Caroline Janzen
4550 SW Hall Boulevard
Beaverton, OR 97005
Tel: 503-874-6166
Email: caroline@ruggedlaw.com
        paul@ruggedlaw.com

6.    There are no hearings or trial dates currently scheduled in relation to the motion to disqualify.

7.    Pursuant to LR 7-1, I have conferred with opposing counsel regarding this Motion to Withdraw as Attorneys of Record, and opposing counsel has indicated that they do not object to the motion.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

DATED this 2ⁿᵈ day of June, 2026.

REUTER CORBETT LLP

/s/ *Theodore W. Reuter*_____
Theodore W. Reuter, OSB 084529
Reuter Corbett LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
treuter@reutercorbett.com

REUTER CORBETT LLP

/s/ *Troy Wood*_____
Troy Wood , OSB No. 954583
Reuter Corbett, LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
twood@reutercorbett.com

REUTER CORBETT LLP

/s/ *Jeffrey A. Myers*_____
Jeffrey A. Myers, OSB No. 094561
Reuter Corbett LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
jmyers@reutercorbett.com

DECLARATION OF COUNSEL IN SUPPORT OF MOTION
TO WITHDRAW AS ATTORNEYS OF RECORD
PAGE 2 OF 3

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

## CERTIFICATE OF SERVICE

I certify that I caused a true and exact copy of the foregoing DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD to be served by USPS and email on:

Sean P. Ray
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
sray@barran.com
Attorney for Defendant

Ashley T. Korkeakoski-Sears
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
asears@barran.com
Attorney for Defendant

DATED this 2nd day of June, 2026.

REUTER CORBETT LLP

/s/ *Theodore W. Reuter*_____
Theodore W. Reuter, OSB 084529
Reuter Corbett LLP
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
treuter@reutercorbett.com

DECLARATION OF COUNSEL IN SUPPORT OF MOTION
TO WITHDRAW AS ATTORNEYS OF RECORD
PAGE 3 OF 3

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166