**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| PERRY JARRELL an Individual, | Case No.: 1:23-cv-01719-MTK |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD** |
| ALLCARE HEALTH, INC., a corporation, | |
| Defendants. | |

This matter having come before the Court on the Motion to Withdraw as Attorney of Record filed by Troy J. Wood, OSB No. 954583, Theodore W. Reuter, OSB No. 084529, and Jeffrey A. Myers, OSB No. 094561, of Reuter Corbett, LLP; 1915 NE Stucki Ave., Suite 365, Hillsboro, OR 97006 (collectively, "Withdrawing Counsel"), counsel of record for Paul Janzen and Caroline Janzen; the Court having considered the motion and the supporting declaration; and good cause appearing:

**IT IS HEREBY ORDERED:**

1.  The Motion to Withdraw as Attorney of Record is GRANTED.

2.  Troy J. Wood, OSB No. 954583, Theodore W. Reuter, OSB No. 084529, and Jeffrey A. Myers, OSB No. 094561, of Reuter Corbett, LLP; 1915 NE Stucki Ave., Suite 365, Hillsboro,

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**
PAGE 1 OF 2

**REUTER CORBETT LLP**
1915 NE Stucki Ave, Suite 365
Hillsboro, OR 97006
503-874-6166

OR 97006 are hereby relieved as counsel of record for Paul Janzen and Caroline Janzen, effective upon entry of this Order.

3.    The Clerk of Court is directed to update the docket to reflect the withdrawal of . Troy J. Wood, OSB No. 954583, Theodore W. Reuter, OSB No. 084529, and Jeffrey A. Myers, OSB No. 094561, of Reuter Corbett, LLP; 1915 NE Stucki Ave., Suite 365, Hillsboro, OR 97006 as counsel for Paul Janzen and Caroline Janzen.

4.    All further notices, pleadings, motions, and other papers in this action shall be served upon Paul Janzen and Caroline Janzen directly unless a  new counsel files a notice of appearance.

**IT IS SO ORDERED**.

Dated: _____

_____

United States District Judge
District of Oregon

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**
PAGE 2 OF 2